# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JERMAINE DUANE IRVIN
Reg. #45966-177                                                    PETITIONER

v.                          No. 2:17-cv-13-DPM

GENE BEASLEY, Warden,
FCI Forrest City*                                                  RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 19, and overrules Irvin's objections, № 21-23 & 25. FED. R. CIV. P. 72(b)(3). Irvin's petition will be dismissed without prejudice. His pending motions, № 9, 20 & 24, are denied as moot. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

*signature*
D. P. Marshall Jr.
United States District Judge

5 July 2017

---

*Beasley has replaced C.V. Rivera as Warden of FCI Forrest City. The Court directs the Clerk to amend the docket accordingly.