# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JERMAINE DUANE IRVIN
Reg. #45966-177                                               PETITIONER

v.                       No. 2:17-cv-13-DPM

GENE BEASLEY, Warden,
FCI Forrest City                                              RESPONDENT

## JUDGMENT

Irvin's petition is dismissed without prejudice.

*W.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

5 July 2017