IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JERMAINE DUANE IRVIN
Reg. #45966-177                                                PETITIONER

v.                          No. 2:17-cv-13-DPM

GENE BEASLEY, Warden,
FCI Forrest City                                               RESPONDENT

## ORDER

Motion, № 29, denied. Beasley's response was proper under both the Magistrate Judge's Order, № 8, and the applicable rule. Rule 5 of the Rules Governing § 2255 Proceedings (2004 amendment to advisory committee notes). And nothing in Irvin's new paper changes the Court's conclusion that his claims can't be brought in a *habeas* petition. This case is closed.

So Ordered.

*D. P. Marshall Jr.*
United States District Judge

14 August 2017